VENABLE LLP
Jennifer Levin (SBN 252420)
jlevin@venable.com
Melissa C. McLaughlin (SBN 273619)
mcmclaughlin@venable.com
2049 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:   (310) 229-9900
Facsimile:    (310) 229-9901

Attorneys for Defendant TRISTAR PRODUCTS, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jeanne Burns, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>Tristar Products, Inc., a Pennsylvania Corporation, and Does 1 through 50,<br><br>　　　　　　　　　Defendant. | CASE NO. 14-cv-00749-JAH-DHB<br><br>Hon. John A. Houston<br>Courtroom 13B<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS THE COMPLAINT**<br><br>[Fed. R. Civ. P. 12(b)(1)]<br><br>Date: June 16, 2014<br>Time: 2:30 p.m.<br><br>Action Filed: April 1, 2014<br>Trial Date:    None set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 16, 2014 at 2:30 p.m., or as soon thereafter as the matter may be heard before the Honorable John A. Houston, located at 333 West Broadway, San Diego, California 92101, Defendant Tristar Products, Inc. ("Defendant") will and hereby does move to dismiss the Complaint filed by Plaintiff Jeanne Burns ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 12(b)(1).  This Motion is made on the grounds that Plaintiff lacks standing under Article III of the United States Constitution to assert claims for injunctive relief because there is no likelihood that Plaintiff will suffer a future injury.

This Motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, all other pleadings, records, and papers filed in this action, and upon such matters as may be presented to the Court at the hearing on this Motion.

DATED:  April 17, 2014                    VENABLE LLP

                                          By: /s/ Jennifer Levin
                                              Jennifer Levin
                                              Melissa C. McLaughlin
                                              Attorneys for Defendant TRISTAR PRODUCTS, INC.